*In re* MAGDA E. SAGARDÍA RUIZ.

*Número:* 5522    *Resuelto:* 31 de octubre de 1989

*Govén D. Martínez Surís, Director de la Oficina de Inspección de Notarías; Magda E. Sagardía Ruiz, pro se.*

PER CURIAM: Como resultado de una comunicación que nos enviara el Director de la Oficina de Inspección de Notarías —de la cual surge que la abogada notaria Magda E. Sagardía Ruiz no había rendido, durante varios meses, los índices notariales que requiere la Ley Notarial de Puerto Rico— mediante Resolución de 27 de abril de 1989 le concedimos término a la licenciada Sagardía Ruiz para que mostrara causa por la cual no debía ser disciplinada como notario.

La licenciada Sagardía Ruiz ha comparecido en cumplimiento de la referida resolución. En su comparecencia, en adición a reconocer su incumplimiento, informa su deseo de renunciar al ejercicio de la notaría. No brinda explicación satisfactoria, sin embargo, para el referido incumplimiento con la Ley Notarial de Puerto Rico, el cual se extendió por un período de cinco (5) meses.

En *In re Colón de Zengotita*, 116 D.P.R. 303, 305 (1985), expresamos que "el *reiterado incumplimiento* con las exigencias de [la Ley Notarial] acusa una indiferencia de parte del notario que le coloca 'en el umbral de la incapacidad para actuar en tan delicado y puntilloso ministerio'". (Énfasis suplido.) Véase, en adición, *In re Pagani Rodríguez*, 109 D.P.R. 831, 833 (1980).

Por las razones antes expresadas, *se suspende a la Lic. Magda E. Sagardía Ruiz del ejercicio del notariado por el término de tres (3) meses, el cual luego de finalizar se entiende aceptada su renuncia al ejercicio del notariado en Puerto Rico.*(1) *Se dictará sentencia de conformidad.*

---

(1) Habiendo ya entregado la licenciada Sagardía Ruiz su obra notarial al Director de la Oficina de Inspección de Notarías, el referido funcionario procederá al correspondiente examen de la misma e informe a este Tribunal. Se ordena el desglose de los originales de los índices notariales del expediente original del caso, los cuales erróneamente remitiera la licenciada Sagardía Ruiz a este Tribunal, sin remisión al Director de la Oficina de Inspección de Notarías.